

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

600 South Second Street
Suite 103
Springfield, IL 62704

217 522 4441 tel
217 522 7868 fax
www.ctcorporation.com

$p^cs$

February 25, 2013

**FILED**

MAR - 1 2013

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Schulz Law, P.C.
1144 E. State Street,
Sutie A260,
Geneva, IL  60134

Re:  Malibu Media, LLC, Pltf. vs. John Doe, Dfts. // To: Comcast Corporation

Case No.  113CV00935

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Comcast Corporation is not listed on our records or on the records of the State of IL.

Very truly yours,


C T Corporation System

Log# 522194354

Sent By Regular Mail

cc:  Illinois Northern District, U.S. District Court
     Dirksen Federal Building,
     219 South Dearborn St,
     Chicago, IL  60604


**(Returned To)**

Schulz Law, P.C.
1144 E. State Street,
Sutie A260,
Geneva, IL  60134