# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

         Plaintiff,

v.                Case No.: 1:13−cv−00935
                 Honorable Charles P. Kocoras

John Doe

         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 9, 2013:

    MINUTE entry before Honorable Charles P. Kocoras:Status hearing held on 4/9/2013. Status hearing continued to 5/15/2013 at 9:30 a.m.Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.