## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 935 | **DATE** | 5/15/2013 |
| **CASE TITLE** | Malibu Media vs. Doe | | |

**DOCKET ENTRY TEXT**

Plaintiff informs the Court prior to today's status hearing that a settlement has been reached. This cause is dismissed without prejudice and with leave to reinstate on or before 5/31/2013 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Status hearing set for 5/15/2013 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|